[No. 36113-2-II.   Division Two.   February 26, 2008.]

LAURA BARDO, *Appellant*, v. CLIFF COOPER, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01715-1, Chris Wickham, J., entered March 9, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 36259-7-II.   Division Two.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOYCE DENISE SAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00567-1, Anne Hirsch, J., entered May 2, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 23972-1-III.   Division Three.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. SUAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01119-5, Robert G. Swisher, J., entered March 24, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Thompson, J. Pro Tem.

[No. 24870-4-III.   Division Three.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN E. CASTILLO, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01466-6, Carrie L. Runge, J., entered January 5, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Thompson, J. Pro Tem.